## SUMMONS IN A CIVIL ACTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA




| | |
|---|---|
| ERICA HEJNAR<br><br>v.<br><br>OSCAR MARTINEZ (BADGE #8857)<br>NORBERTO CAPPAS (BADGE #1287)<br>EDWARD MARKOWSKI (BADGE #6917)<br>JOHN LIVINGSONE (BADGE #2596)<br>TODD OANDASAN (BADGE #2774) | CIVIL ACTION NO. 05-1565<br><br>TO: (NAME AND ADDRESS OF DEFENDANT)<br><br>Todd Oandasan<br>Philadelphia Police Dept<br>8th & Race Streets<br>Philadelphia, PA 19106 |
| | "AMENDED COMPLAINT" |

**YOU ARE HEREBY SUMMONED** and required to serve upon

Plaintiff's Attorney (Name and Address)

Musa R. Kcenheel, Esq.
59 Maplewood Mall
Philadelphia, PA 19144

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| Michael E. Kunz, Clerk of Court | Date: 1/23/06 |
|---|---|
| (By) Deputy Clerk<br><br>Kim Williams | |

# SUMMONS IN A CIVIL ACTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERICA HEJNAR<br><br>v.<br><br>OSCAR MARTINEZ (BADGE #8857)<br>NORBERTO CAPPAS (BADGE #1287)<br>EDWARD MARKOWSKI (BADGE #6917<br>JOHN LIVINGSONE (BADGE #2596)<br>TODD OANDASAN (BADGE #2774) | CIVIL ACTION NO. 05-1565<br><br>TO: (NAME AND ADDRESS OF DEFENDANT)<br><br>John Livingstone<br>Philadelphia Police Dept.<br>8th & Race streets<br>Philadelphia, PA 19106 |
| | "AMENDED COMPLAINT" |

## YOU ARE HEREBY SUMMONED and required to serve upon

Plaintiff's Attorney (Name and Address)

Musa R. Keenheel, Esq.
59 Maplewood Mall
Philadelphia, PA 19144

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| Michael E. Kunz, Clerk of Court | Date: 1/23/06 |
|---|---|

(By) Deputy Clerk

Kim Williams

## SUMMONS IN A CIVIL ACTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ERICA HEJNAR<br><br>v.<br><br>OSCAR MARTINEZ (BADGE #8857)<br>NORBERTO CAPPAS (BADGE #1287)<br>EDWARD MARKOWSKI (BADGE #6917<br>JOHN LIVINGSONE (BADGE #2596)<br>TODD OANDASAN (BADGE #2774) | CIVIL ACTION NO. 05-1565<br><br>TO: (NAME AND ADDRESS OF DEFENDANT)<br>Edward Markowski<br>Philadelphia Police Dept<br>8th & Race Streets<br>Philadelphia, PA 19106 |
|---|---|
| | "AMENDED COMPLAINT" |

**YOU ARE HEREBY SUMMONED** and required to serve upon

Plaintiff's Attorney (Name and Address)

Musa R. Keenhcel, Esq.
59 Maplewood Mall
Philadelphia, PA 19144

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| Michael E. Kunz, Clerk of Court | Date: 1/23/06 |
|---|---|
| (By) Deputy Clerk<br><br>*[signature]*<br>Kim Williams | |

# SUMMONS IN A CIVIL ACTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERICA HEJNAR<br><br>v.<br><br>OSCAR MARTINEZ (BADGE #8857)<br>NORBERTO CAPPAS (BADGE #1287)<br>EDWARD MARKOWSKI (BADGE #6917<br>JOHN LIVINGSONE (BADGE #2596)<br>TODD OANDASAN (BADGE #2774) | CIVIL ACTION NO. 05-1565<br><br>TO: (NAME AND ADDRESS OF DEFENDANT)<br><br>Norberto Cappas<br>Philadelphia Police Dept<br>8th & Race Streets<br>Philadelphia, PA 19106 |
| | "AMENDED COMPLAINT" |

**YOU ARE HEREBY SUMMONED** and required to serve upon

Plaintiff's Attorney (Name and Address)

Musa R. Keenheel, Esq.
59 Maplewood Mall
Philadelphia, PA 19144

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| | |
|---|---|
| Michael E. Kunz, Clerk of Court | Date: 1/23/06 |
| (By) Deputy Clerk<br><br>*Kim Williams* | |

# SUMMONS IN A CIVIL ACTION

| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA | |
| ERICA HEJNAR<br><br>v.<br><br>OSCAR MARTINEZ (BADGE #8857)<br>NORBERTO CAPPAS (BADGE #1287)<br>EDWARD MARKOWSKI (BADGE #6917)<br>JOHN LIVINGSONE (BADGE #2596)<br>TODD OANDASAN (BADGE #2774) | CIVIL ACTION NO. 05-1565<br><br>TO: (NAME AND ADDRESS OF DEFENDANT)<br><br>Oscar Martinez<br>Philadelphia Police Dept<br>8th & Race Streets<br>Philadelphia, PA 19106 |
| | "AMENDED COMPLAINT" |

## YOU ARE HEREBY SUMMONED and required to serve upon

Plaintiff's Attorney (Name and Address)

Musa R. Keenheel, Esq.
59 Maplewood Mall
Philadelphia, PA 19144

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| Michael E. Kunz, Clerk of Court | Date: 1/23/06 |
|---|---|

(By) Deputy Clerk

*/s/ Kim Williams/*
Kim Williams